UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

OYUNA TSYBIKOVA et al.,

Plaintiffs,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES et al.,

Defendants.

CASE NO. 2:26-cv-02486-LK

ORDER DISMISSING CASE

The Court GRANTS the parties' stipulated motion to dismiss. Dkt. No. 9. The case is DISMISSED without prejudice, with each party to bear their own fees and costs. Fed. R. Civ. P. 41(a)(2).

Dated this 24th day of November, 2026.

Lauren King

Lauren King
United States District Judge